RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Eric Golden

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ERIC GOLDEN,<br><br>                    Defendant. | Case No. 2:20-cr-00186-JCM-VCF-2<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Eric Golden, that the Change of Plea Hearing currently scheduled on January 25, 2023 at 11:00 a.m., be vacated and continued to February 15, 2023 at 10:30 a.m. or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant. Additionally, defense counsel will be in trial on another case on the currently scheduled date.

2. The defendant is not in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the first request for a continuance of the Change of Plea hearing.

DATED this 18th day of January 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC GOLDEN,<br><br>    Defendant. | Case No. 2:20-cr-00186-JCM-VCF-2<br><br>**ORDER** |

    Based on the stipulation and good cause appearing,

IT IS ORDERED that the Change of Plea hearing currently scheduled for Wednesday, January 25, 2023, at 11:00 a.m., be vacated and continued to **February 15, 2023, at 10:30 a.m.**

    DATED January 18, 2023

                                                                     _____
                                                                      UNITED STATES DISTRICT JUDGE