RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Eric Golden

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00186-JCM-VCF-2 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| ERIC GOLDEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Eric Golden, that the Sentencing Hearing currently scheduled on July 5, 2023 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than two (2) weeks.

The Stipulation is entered into for the following reasons:

1.  Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Golden, which is relevant to the sentencing disposition of this case. Additionally, defense counsel will be out of the country during the currently scheduled sentencing date.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 28th day of June 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   |   |
|   /s/ Rebecca A. Levy<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |   /s/ Robert Knief<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERIC GOLDEN,<br><br>　　　　Defendant. | Case No. 2:20-cr-00186-JCM-VCF-2<br><br>**ORDER** |

　　　Based on the stipulation and good cause appearing;

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, July 5, 2023 at 10:30 a.m., be vacated and continued to **July 26, 2023, at 11:00 a.m.**

　　　DATED June 30, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE